LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LANCE RANDALL HENSLEE,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No: 2:23-cv-05760-BFM<br><br>ORDER AWARDING<br>EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00) and zero costs ($0.00), subject to the terms of the stipulation.

    DATE: April 29, 2024

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-